Wallace **ROBERTS**, Plaintiff–Appellant,

v.

**JUDICIAL DEPARTMENT & Thomas White, Defendants–Appellees.**

**Docket No. 01–7537.**

United States Court of Appeals, Second Circuit.

Jan. 23, 2002.

Marc L. Glenn, W. Martyn Philpot, Jr., LLC; W. Martyn Philpot, Jr., of counsel, New Haven, CT, for Appellant.

Jane B. Emons, Assistant Attorney General; Michael R. Bullers, Assistant Attorney General, of counsel, Hartford, CT, for Richard Blumenthal, Attorney General for Connecticut, for Appellee.

Present SACK, KATZMANN, and PARKER, Circuit Judges.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED

AND DECREED that the judgment of said District Court be, and it hereby is, affirmed.

The plaintiff-appellant Wallace Roberts appeals the judgment of the United States District Court for the District of Connecticut (Robert N. Chatigny, *Judge*), which dismissed his Title VII and 42 U.S.C. § 1983 claims on summary judgment. The plaintiff, a judicial detention officer with the Connecticut Judicial Department, alleges that he was not promoted on numerous occasions because of race and age discrimination. He also asserts that Thomas White, a judicial employee, retaliated against him in violation of the Equal Protection Clause because the plaintiff filed a complaint for discrimination.

Having conducted a *de novo* review of the record, we affirm for substantially the reasons set forth in the district court's opinion. *See Roberts v. Judicial Dep't,* No. 99CV14(RNC), 2001 WL 777481, 2001 WL 777481, 2001 U.S. Dist. LEXIS 14354 (D.Conn. March 28, 2001).

The judgment of the District Court is hereby AFFIRMED.